UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CAROLYN JOHNSON | CIVIL ACTION NO. 07-0021 |
| VERSUS | JUDGE HICKS |
| CLAIBORNE PARISH SCHOOL BOARD, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss (Record Document 7) be and is hereby **GRANTED** and that Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of April, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE